# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 25-2352

Terry Lee Hinds, Pro Se & Suri Juris, Officially a/k/a Terry Lee Hinds

Appellant

v.

Donald Trump, in his official capacity as the President of the United States of America & actions of the Government of the United States, et al.

Appellees

_____

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:25-cv-00047-AGF)

_____

## MANDATE

In accordance with the opinion and judgment of November 14, 2025, and pursuant to the

provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in

the above-styled matter.

January 20, 2026

Clerk, U.S. Court of Appeals, Eighth Circuit